**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7091**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LANCE BISHOP STEGLICH, a/k/a Robert Rock,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, Chief District Judge. (3:00-cr-00063-JHM; 7:06-cv-00055-JPJ)

———————————

Submitted: December 20, 2006      Decided: January 8, 2007

———————————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lance Bishop Steglich, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Bishop Steglich appeals the district court's order dismissing without prejudice his pleading captioned as "An Independent Action Motion for Reconsideration Writ of Habeas Corpus." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Steglich, Nos. 3:00-cr-00063-JHM; 7:06-cv-00055-JPJ (W.D. Va. May 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -